No. 91-45041

No. 92-36477

No. 93-01488

MOTION DENIED
DATE: 9-25-15
BY: P.C.

In The
Court of Criminal Appeals
Austin, Texas

Michael Whaler, Petitioner

V.

RECEIVED IN
COURT OF CRIMINAL APPEAL
SEP 23 2015
Abel Acosta, Clerk

The State of Texas, Respondent

From Appeal No. 91-45041 , 92-36477 , 93-01488
Trial Cause No. WR-34,395-23 , No. WR-34,395-24 , No. WR-34,395-25

In The District Court Dallas County, Texas / 282nd. Judicial District /
Frank Crowley Courts Building

Petition For Notification Review.

To The Honorable Judges of the Court of Criminal Appeals:

Comes Now Michael Whaler, Petitioner and files this Petition for Notification
Review of Sixty (60) days in which to file a Petition for Notification
Review. In Support of this Petition, Petitioner shows the court the following(s):

I.

The Petitioner was convicted in the 282nd. Judicial District Court of Dallas
County, Texas of the offense of.

1. Aggravated Robbery No. 91-45041
2. Engaging In Organized Criminal Activity No. 92-36477
3. Aggravated Robbery No. 93-01488

The Petitioner Appeal Attorney (Court Appointed) appealed to the Court of Appeals in an unpublished opinion ( Case No. II-93-CC130 - CP IIth. Court of Appeals December 9, 1993). Supreme Judicial District. The case was affirmed on December 9, 1993.

## II.

The Present timeline for filing the Petition for Notification Review is Dated: 05-11-2015 The Petitioner has requested for Ministerial Duties due to Parlment through:

Inmate Trust Fund Statement of Account
   P.O. Box 60
Huntsville, Texas 77342-0060

To Said Court:

The Fifth Circuit Court Clerk
133 N. Riverfront, LB12
Dallas, Tx 75207

## III.

Petitioner's request for a Law Notification is based on the following facts: Petitioner was not informed of the No Evidence claim until the filing of Habeas Corpus 11.07 of the Court of Criminal Appeals of Texas of date: 7/16/2014.

Since that time Petitioner has been attempting to gain Legal representation in this Matter. His attorney and appeal attorney on the appeal No. II-93-CC130 has informed Petitioner that they will not represent him on the Petition for this No Evidence claim.

Prayer.

Wherefore, Petitioner prays the court grant this Petition for Notification and acknowledge the timeline for filing the Ministerial Duties in Cause No. WR-34,395-24 , No. WR-34,395-25 , No. WR-34,395-25

## IV.

### Grounds For Relief.

Defective Indictment(s) claim due to No Evidence from said Transcription Statements of Facts:

P. #13 Certificate of Reporter
Wayne H. Olmsted, C.C.R.
282nd. Judicial District Court
Frank Crowley Courts Building
Dallas, Texas
Telephone: 214 / 653-5853
Certificate No. 1238
Expiration Date: 12 / 31 / 93

## V.

### Facts of the Case.

When One is held in Custody under Complaint and seeks release by Habeas Corpus it is incumbent upon the state to introduce against him sufficient evidence to show probable cause for holding him in Custody.

See. Ex Parte Williams, 587 S.W. 2d 391 (Tex. Crim. App. 1979).
See. Ex Parte Williams, 703 S.W. 2d 678 (Tex. Cr. App. 1986).
See. Thornton V. State, 601 S.W. 2d 346, 347 (Tex. Cr. App. 1980).
See. Bender V. State, 758 S.W. 2d 278 (Tex. Cr. App. 1988).
See. Davis V. State, 773 S.W. 2d 404, 406 (Tex. App. - Fort Worth 1989)
See. Enselking V. State, 750 S.W. 2d 213 (Tex. Cr. App. 1988).

## VI.

### Argument and Authorities.

Under. Rules App. Proc. Rule 50 (d): Burden is an appellant to see that sufficient record is presented to show error requiring reversal.

Under, Rules App. Proc. Rules 50(d), 53(k): Appellant has duty to protect record and bring it forward for Court of Appeals review.
also. Vernon's Ann. Texas C.C.P. arts. 38.22 § 6. Vernon's Ann. Texas Const. Art. 1 § 10 ; U.S.C.A. const. Amends 5. 6. 14 :

Determination by trial judge of voluntariness of accused's confession prior its admission into evidence is both constitutional and statutory requirement and must be manifest of record.

## VII.

### Declaratory.

Petitioner request(s) for expunged of cases. exoneration from prison because the sentences was, is, were excessive due to no Exhibit / Evidence Presentation. Due Process violation of the 14th. Amendment because Attorney was Ineffective for failing to appeal the error to appellant courts. Prejudice is the outcome of the situation.

Because of these reasons. I am hoping that the necessary trial officials, en banc, will discuss the possibility of a favorable recommendation in my case.

### Prayer.

Wherefore. Applicant prays this Honorable Court. conduct an evidentary hearing and finding of fact(s) and thereafter direct an order to transmit the record thus developed to the proper, right courts required by art. 11.07 (d) V.A.C.C.P. for further action by the Court granting relief to which the Petitioner / Appellant is entitled.

Respectfully Submitted.

Mulhaley

## Certificate of Service.

I, Petitioner certify that a true and correct copy of the above and foregoing Petition for Notification Review has been forwarded by U.S. mail, postage prepaid first class to the :

(1.) Brook A. Busbee / Attorney of Law / 703 McKinney / Suite 210 / The Brewery / Dallas, Texas 75802

(2.) Mr. David Richard / 13355 Noel Rd. Suite 500 / Dallas, Tx 75240

(3.) Wayne H. Olmsted, Court Reporter / 282nd. Judicial District Court / Frank Crowley Building / Dallas, Texas 75207

(4.) Pardon and Parole / P.O. Box 13401 / Austin, Texas 78711

(5.) State Prosecuting Attorney / P.O. Box 12405 / Austin, Texas 78711

On this the ___17th___ day of __9__ 2015

_Michael W Whaly_
Petitioner, Pro se

## Verifications.

I, Michael Whaley, understand the condition of perjury and determine whether findings are supported by the evidence, Transcription of Trial Statements of Facts as Exhibit "A" Now Presented...

Respectfully Submitted.

_Michael W Whaly_

5.

# CERTIFICATE OF REPORTER

THE STATE OF TEXAS /

COUNTY OF DALLAS /

I, WAYNE H. OLMSTED, Official Court Reporter in and for the 282nd Judicial District Court of Dallas County, State of Texas, do hereby certify that the above and foregoing is a true and accurate transcription of the proceedings in the above entitled and numbered cause, all of which occurred in open court and were reported by me.

I further certify that this transcription of the proceedings truly and correctly reflects the exhibits, if any, identified and/or admitted by the parties.

WITNESS MY HAND this the _____ day of September A.D., 1993.

_____
WAYNE H. OLMSTED, CCR
282nd Judicial District Court
Frank Crowley Courts Building
Dallas, Texas
Telephone: 214/653-5853
Certificate No. 1238
Expiration Date: 12/31/93

WAYNE H. OLMSTED, CERTIFIED COURT REPORTER        13

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

**INMATE REQUEST FOR WITHDRAWL**

INMATE TRUST FUND

DATE ☐8☐7☐☐5

PLEASE USE A BUSINESS SIZE ENVELOPE

DO NOT FOLD, STAPLE OR TAPE

Use Black or Dark Blue Ink.

☐ Transfer within TF

☐ Outside Purchase

☑ Other_____

Unit ☐☐

Inmate Signature _~Michael W Whaley~_

Unit Review_____

Print CAPITAL letters and numbers block style inside square without touching sides. _____

(1)  TDCJ NUMBER  (6)

6 4 5 3 3 3

| 1 | 5 | 8 | 9 | | A | B | C | D |

Approving Officer Signature

(7)  INMATE LAST NAME  (19) (20)  FIRST NAME  (30)  MI

W h a l e y  M i c h a e l  D

(38) [------DOLLARS------]  [--CENTS--] (43)

__ 1 0 ─ 0 0

WRITTEN AMOUNT  Ten Dollars, Zero Cents

(81) PAY TO THE ORDER OF:

TF PAGE

Right Thumb Print

I n m a t e T r u s t F u n d B a n k H i s t o y

P.O. Box 60  Huntsville, Texas 77342-060

PAYEE'S ADDRESS:  STREET  APT. NO.  CITY  STATE  ZIP

I-0025 (REV 1/12)

**SUBJECT:** State briefly the problem on which you desire assistance.

To whom may Concern:

Please provide Offender Michael Whaley #645333
with a /an purchase a banking history for Said Months:

(1.) 0-12 Months (1 year) $10.00

(2.) Dated: 5-11-2015 (May 11, 2015)

(3.) Dealing a 150.00 payment to the 5th. Circuit District Courts.

Name: Michael Whaley     No: 645333     Unit: B

Living Quarters: 3·C·38/Bot...     Work Assignment: Kit. 1st. 05

T01067

**DISPOSITION:** (Inmate will not write in this space)

See Attached

SEP 08 2015

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION  3C->6

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd.*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Mail Room Service
(Name and title of official)

DATE: 8-26-2015

ADDRESS: D. TU

| TDCNO. | NAME | | DATE | AMOUNT | LOC. | TRANSACTION | | REPORT | TYPE | SENDEE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00645333 | WHALEY | MICHAEL | 02/06/15 | 50.00 | | WU A0013122020123 | 000360 | 003707 | B1 | K WHALEY |
| 00645333 | WHALEY | MICHAEL | 02/06/15 | 10.00 | TO | FB 001000 000000COURTFEE | | 003707 | B4 | 309CV0656K |
| 00645333 | WHALEY | MICHAEL | 02/20/15 | 9.20 | | CM | | TO261R | B4 | 0220151144429391714 |
| 00645333 | WHALEY | MICHAEL | 03/04/15 | 6.61 | | CM | | TO941R | B4 | 0304151539630161875 |
| 00645333 | WHALEY | MICHAEL | 03/11/15 | 50.00 | | WU A0013121010087 | 000147 | 007018 | B1 | K WHALEY |
| 00645333 | WHALEY | MICHAEL | 03/11/15 | 10.00 | TO | FB 001000 000000COURTFEE | | 007018 | B4 | 309CV0656K |
| 00645333 | WHALEY | MICHAEL | 04/09/15 | 10.00 | TO | FB 001000 000000COURTFEE | | 009915 | B4 | 309CV0656K |
| 00645333 | WHALEY | MICHAEL | 04/09/15 | 50.00 | | WU A0013121010036 | 000565 | 009915 | B1 | K WHALEY |
| 00645333 | WHALEY | MICHAEL | 05/07/15 | 50.00 | | WU A0013121010040 | 000524 | 012715 | B1 | K WHALEY |
| 00645333 | WHALEY | MICHAEL | 05/07/15 | 10.00 | TO | FB 001000 000000COURTFEE | | 012715 | B4 | 309CV0656K |
| 00645333 | WHALEY | MICHAEL | 05/11/15 | 150.00 | | OP FIFTH CIRCUIT COURT CLER | | 820325 | B4 | 00237 |
| 00645333 | WHALEY | MICHAEL | 05/13/15 | 3.00 | | CM | | TO091R | B4 | 0513150949429391714 |
| 00645333 | WHALEY | MICHAEL | 05/22/15 | 5.50 | | CM | | TO091R | B4 | 0522151110429391714 |
| 00645333 | WHALEY | MICHAEL | 06/17/15 | 40.00 | | WU A0013122020014 | 000573 | 016814 | B1 | K WHALEY |
| 00645333 | WHALEY | MICHAEL | 06/17/15 | 8.00 | TO | FB 000800 000000COURTFEE | | 016814 | B4 | 309CV0656K |
| 00645333 | WHALEY | MICHAEL | 08/05/15 | 50.00 | | WU A0003541010051 | 000048 | 021708 | B1 | K WHALEY |
| 00645333 | WHALEY | MICHAEL | 08/05/15 | 10.00 | TO | FB 001000 000000COURTFEE | | 021708 | B4 | 309CV0656K |
| 00645333 | WHALEY | MICHAEL | 08/12/15 | 13.00 | | CM | | TO091R | B4 | 0812150909429391711 |
| 00645333 | WHALEY | MICHAEL | 08/27/15 | 7.65 | | CM | | TO111R | B4 | 0827151732554298221 |

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        09/17/15
TO14/EWE8996                IN-FORMA-PAUPERIS DATA                09:28:02
TDCJ#: 00645333 SID#: 04576939 LOCATION: TELFORD         INDIGENT DTE:
NAME: WHALEY,MICHAEL DEWAYNE              BEGINNING PERIOD: 03/01/15
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:       118.65 TOT HOLD AMT:       0.00 3MTH TOT DEP:     90.
6MTH DEP:          240.00 6MTH AVG BAL:     121.25 6MTH AVG DEP:     40.
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/15    149.30            50.00        05/15    235.80            50.00
07/15     99.30             0.00        04/15    195.80            50.00
06/15    107.30            40.00        03/15    155.80            50.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Bowie_
ON THIS THE _17_ DAY OF _September_, _15_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _645333_ OR SID NUMBER: _____



ELRODDRICK WELLS
Notary Public
STATE OF TEXAS
Commission Exp. JUNE 10, 2019
Notary without Bond